FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 APR 20  PM 12: 48

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.             ) | INFORMATION |
| ) | CR 412-181 |
| COLLIE C. DARBY   ) | |
| ) | |
| Defendant      ) | |

## LEAVE OF COURT

Leave of Court is GRANTED for the filing of the foregoing dismissal of the Information pending against Defendant **COLLIE C. DARBY** without prejudice.

SO ORDERED, this 20th day of April, 2018.

_____
HON. G. R. SMITH
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA